IRVING FRANKEL, Respondent, *v.* PEERLESS SUGAR Co., INC., Respondent, and CITY OF NEW YORK, Defendant-Appellant.

Supreme Court, Appellate Term, Second Department, October 22, 1943.

*Ignatius M. Wilkinson, Corporation Counsel (Daniel A. Riordan* of counsel), for defendant-appellant.

*Edythe Widdi* for plaintiff-respondent.

*Charles G. Hill* for defendant-respondent.

MEMORANDUM *Per Curiam.* Judgment affirmed, with twenty-five dollars costs. Appeal from judgment in favor of the defendant Peerless Sugar Co., Inc., dismissed.

The judgment in favor of the defendant Peerless Sugar Co., Inc., is not appealable by the defendant City of New York. (*Price v. Ryan,* 255 N. Y. 16; *Ward v. Iroquois Gas Corp.,* 258 N. Y. 124; *Epstein v. National Transportation Co.,* 287 N. Y. 456.)

MacCRATE, McCOOEY and STEINBRINK, JJ., concur.